HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TAD MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-mj-00145-SKO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO TERMINATE UNSUPERVISED PROBATION AND VACATE HEARING; ORDER |
| v. | ) | |
| | ) | |
| TAD MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Elliott C. Montgomery, Counsel for Plaintiff, and Jeremy Kroger, Counsel for Defendant Tad P. Moore, that unsupervised probation be terminated and that the hearing set for July 1, 2013, at 1:30 p.m. before Judge Austin be vacated.

Respectfully submitted,

Dated: June 28, 2013  /s/ *Elliott C. Montgomery*
ELLIOTT C. MONTGOMERY
Special Assistant U.S. Attorney


HEATHER E. WILLIAMS
Federal Defender

Dated: June 28, 2013  /s/ *Jeremy S. Kroger*
JEREMY S. KROGER
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED**. That supervised probation be terminated and that the hearing set for July 1, 2013 at 1:30 p.m. before Judge Austin be vacated.

Dated: __**June 28, 2013**__  _____/s/ Sheila K. Oberto_____
UNITED STATES MAGISTRATE JUDGE

Moore - Stipulation and Order